# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT

*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 24-1201
2. DATE DOCKETED: 6/14/2024
3. CASE NAME (lead parties only) America's Power v. U.S. Environmental Protection Agency
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute ______
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OAR-2018-0794; 89 Fed. Reg. 38,508
   c. Give date(s) of order(s): May 7, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ○ Yes ◉ No
      If so, when was it filled? ______ By whom? ______
      Has the agency acted? ○ Yes ○ No If so, when? ______
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See Attachment 6(e)
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ◉ Yes ○ No If YES, identify case name(s), docket number(s), and court(s)
      See Attachment 6(f)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes ◉ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      ______
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ◉ No If YES, provide program name and participation dates.
      ______

Signature /s/ Makram B. Jaber Date 7/17/2024

Name of Counsel for Appellant/Petitioner Makram B. Jaber
Address McGuireWoods LLP, 888 16th Street, Suite 500, Black Lives Matter Plaza, Washington, DC 20006
E-Mail mjaber@mcguirewoods.com Phone (202) 857-2416 Fax (202) 828-3356

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

**Attachment 6(e): Basis for Petitioner's Standing**

Petitioner America's Power and Electric Generators MATS Coalition seek judicial review of a final action of the U.S. Environmental Protection Agency ("EPA") entitled "National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units Review of the Residual Risk and Technology Review." 89 Fed. Reg. 38,508 (May 7, 2024) ("Final Rule"). The Final Rule revises the hazardous air pollutant emissions standards for filterable particulate matter ("fPM")—which is used a surrogate for non-mercury metal HAPs—for coal-fired electric generating units ("EGUs") and for mercury from lignite-coal-fired EGUs, under section 112(d)(6) of the Clean Air Act, 42 U.S.C. § 74112(d)(6).

Petitioner America's Power is a national trade association whose sole mission is to advocate at the federal and state levels on behalf of coal-fueled electricity, the coal fleet, and its supply chain. The members of America's Power include entities that own and operate coal-fired EGUs that are subject to the Final Rule at issue in this case and entities that provide the fuel for these EGUs. Petitioner Electric Generators MATS Coalition is an *ad hoc* coalition of electric generating companies that have joined together for the purpose of filing this petition for review. The members of the ad hoc coalition own and operate EGUs that are subject to the Final Rule at issue in this case.

The standing of Petitioners' members is "self-evident" because they are the "object of the challenged government action." *See New Jersey v. EPA*, 989 F.3d 1038, 1045 (D.C. Cir. 2021). Compliance with the Final Rule will injure Petitioner's members in numerous ways, including unlawfully: (1) imposing unreasonable and costly standards and other requirements on them; (2) resulting in the premature retirement of some EGUs; and (3) threatening their ability to ensure a reliable and affordable supply of electricity.

Petitioners assert that the Final Rule violates the Clean Air Act and is otherwise arbitrary, capricious, an abuse of discretion, or otherwise contrary to law. A decision in Petitioner's favor would redress their members' injuries.

Because the members of Petitioner Electric Generators for a Sensible Transition have standing to challenge the Final Rule in their own right, Petitioner has standing. *See Hunt v. Washington State Apple Advertising Comm'n*, 432 U.S. 333, 341-45 (1977).

**Attachment 6(f): Other Cases Involving the Same Underlying Agency Order**

This Court has consolidated the following cases, each of which challenges the Final Rule:

- *State of North Dakota, et al. v. EPA*, No. 24-1119 (D.C. Cir.) (lead case)
- *NACCO Natural Resources Corporation v. EPA*, No. 24-1154 (D.C. Cir.)
- *National Rural Electric Cooperative Association, et al. v. EPA*, No. 24-1179 (D.C. Cir.)
- *Oak Grove Management Company, LLC and Luminant Generation Company LLC v. EPA,* No. 24-1184 (D.C. Cir.)
- *Talen Montana, LLC* v. EPA, No. 24-1190 (D.C. Cir.)
- *Westmoreland Mining Holdings LLC, et al. v. EPA*, No. 24-1194 (D.C. Cir.)
- *America's Power and Electric Generators for a Sensible Transition v. EPA*, No. 24-1201 (D.C. Cir.)
- *NorthWestern Corporation v. EPA*, No. 24-1217 (D.C. Cir.)
- *Midwest Ozone Group v. EPA*, No. 24-1223 (D.C. Cir.)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July 2024, I filed the foregoing Docketing Statement with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Makram B. Jaber*
Makram B. Jaber